UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                             Chapter 15
                                                   Case No.: 11-10789 (REG)
    KOREA LINE CORPORATION

                Debtor in a
                Foreign Proceeding
------------------------------------------------------------X

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that Brown Gavalas & Fromm LLP, 355 Lexington Avenue, New York, New York be substituted for Blank Rome LLP, 405 Lexington Avenue, New York, New York, as attorneys for Asian Friendship Limited.

Dated: New York, New York
       March 4, 2011

BROWN GAVALAS & FROMM LLP                BLANK ROME LLP

By: _____            By: _____
    Peter Skoufalos                          Jeremy J.O. Harwood
    355 Lexington Avenue                     The Chrysler Building
    New York, New York 10017                 405 Lexington Avenue
    Tel: (212) 983-8500                      New York, New York 10174
    Fax: (212) 983-5946                      Tel: (212) 885-5000
    Email: pskoufalos@browngavalas.com       Fax: (212) 885-5002
                                             Email: jharwood@blankrome.com

*Incoming Attorneys for Asian Friendship Ltd.*    *Outgoing Attorneys for Asian Friendship Ltd.*