1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 11-10789-REG

5  - - - - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7

8  KOREA LINE CORPORATION,

9

10          Debtor.

11

12  - - - - - - - - - - - - - - - - - - - - - -x

13

14              U.S. Bankruptcy Court

15              One Bowling Green

16              New York, New York

17

18              June 21, 2011

19              10:46 AM

20

21  B E F O R E:

22  HON. ROBERT E. GERBER

23  U.S. BANKRUPTCY JUDGE

24

25

1

2 HEARING re Doc #60 Motion to Vacate Certain Orders of

3 Attachment and Turnover of Attached Funds Pursuant to SS 1507,

4 1521(A)(5) and 1521(B).

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 Transcribed by: Pnina Eilberg

1

2  A P P E A R A N C E S :

3  HOLLAND & KNIGHT LLP

4        Attorneys for Korea Line

5        31 West 52nd Street

6        New York, NY 10019

7

8  BY:   JAMES H. POWER, ESQ.

9        WARREN GLUCK, ESQ.

10

11 SIMMS SHOWERS, LLP

12        Attorneys for World Fuel Services

13        20 S. Charles Street

14        Suite 702

15        Baltimore, MD 21201

16

17 BY:   J. STEPHEN SIMMS, ESQ. (TELEPHONICALLY)

18

19

20

21

22

23

24

25

1          P R O C E E D I N G S

2          THE COURT:  Well, as I said we have a very busy

3    calendar today.  Let me get appearances on Korea Lines and then

4    I want everybody to sit down or stand by because I have some

5    preliminary comments.  For Korea Lines, petitioners?

6          MR. POWER:  James Power of Holland & Knight for the

7    receivers of Korea Line Corporation.

8          THE COURT:  Okay, Mr. Power.  And do I have Mr. Simms

9    for World Fuel Services?

10         MR. SIMMS:  Yes, Your Honor.

11         THE COURT:  All right.  Thank you.  All right.

12   Gentlemen, make your presentations as you see fit but my

13   questions, principally to you, Mr. Simms, is how in the world

14   can your client have laid in what amounts to an attachment on

15   what you did after you knew about the insolvency proceeding in

16   Korea?  Such an act, if performed in the United States, would

17   have been unthinkable and a slam dunk violation of the

18   automatic stay.  And as I understand the Korea law, Korea

19   doesn't countenance that kind of activity any more than the

20   U.S. courts do.  So please tell me the basis upon which you

21   took that action, whether it was just some kind of feeling that

22   Korea wasn't entitled to extra territorial protection or maybe

23   arrogance or what.

24         And then my other question to you, Mr. Simms, is why

25   this isn't controlled by the decisions of Judge Glenn and by

1   Judge Leisure in Atlas, and forgive me, I have to go back over

2   my notes to find Judge Leisure's decision.  It seems to me, the

3   only thing that is even fairly up for debate is whether the

4   fact that you had a gun to Korea Line's head so it could free

5   up its ship and it had to substitute collateral, takes this out

6   of the Atlas principle.  So I'll need to hear from you on that,

7   Mr. Simms.

8          Mr. Power, especially since Mr. Simms is participating

9   by phone, would you use the main lectern, please?

10         MR. POWER:  Yes, Your Honor.  Would you like me to go

11  up first?

12         THE COURT:  Yes.

13         MR. POWER:  Okay.

14         THE COURT:  Yes.  Technically this is your motion,

15  right?

16         MR. POWER:  Yes it is, Your Honor.

17         THE COURT:  Go ahead.

18         MR. POWER:  So obviously James Power for the

19  receivers, in order, because the Court does have a busy docket

20  today, I'd like to streamline this particular motion, if I may.

21  There has been some additional discussions between myself and

22  counsel.  I understand that World Fuels has been paid some

23  portion, I cannot attest to what because it's been primarily

24  paid by a third party, owner of the vessels, so the amount that

25  was being claimed has now been reduced by payment.  However, to

1   some extent that's immaterial in the sense that, as our motions

2   state, and this is the turnover motion that we filed in support

3   of a turnover of 706,000 dollars that was posted post-Korea

4   Line liquidation in Korea, for the release of bunkers that were

5   aboard the vessel New Horizon.

6          Again, we stand on our papers however from the

7   opposition of World Fuels there is, perhaps, a point that the

8   Court would like further input on and that's the issue of what

9   effect does custodia legis fees, if in fact they're even

10  awardable in this particular case, have on the Court's ability

11  to issue a turnover.  I submit, custodia legis fee -- there is

12  no pending order for custodia legis fees.

13         THE COURT:  Strictly speaking it's not a turnover it's

14  an entrusting.  Judge Glenn dealt with that issue in Atlas,

15  didn't he?

16         MR. POWER:  Yes, particular in a post-liquidation

17  sense.  We did, and our orders make clear from -- we sought a

18  lift stay order from Your Honor to even move forward in

19  California to post the 706,000 and then we made clear, before

20  the district judge in California that the posting -- we were

21  preserving all our rights, that this was being posted subject

22  to all the applicable law and that this was merely a mitigation

23  circumstance in which the vessel and its fuel could depart to

24  continue operating, rather than having it tied up for nine --

25  for four to six months pending recognition.  And in fact, as we

1   state in our papers, it was unclear at the time and in fact it

2   would have likely been improper for us to appear prior to

3   getting recognition to seek a vacator of any attached --

4        THE COURT: Because Chapter 15 is the gateway into the

5   United States courts.

6        MR. POWER: Yes, Your Honor.

7        THE COURT: Chapter 15 recognition.

8        MR. POWER: Yes, Your Honor. And that relief,

9   specifically, we felt and I believe there's ample precedent for

10   it including a Central District of California case, which I was

11   involved in, in which the court says you cannot appear unless

12   you get Chapter 15 recognition, and that particular case,

13   that's the MV Brigitta, we were merely seeking two weeks to

14   assess the situation to see whether we would be filing a

15   Chapter 15. As opposed to a case like this whereas we would be

16   seeking a vacator.

17        And again, based upon the law which we knew was in

18   place, because we had participated in some of these cases,

19   including Judge Leisure's case, which was also pending before

20   you in a Chapter 15, that's the Britannia Bulkers A.S. We

21   essentially knew, based upon the litany of cases, including

22   applicable Second Circuit authority in Cunard and Vitrix (ph.),

23   that it was all but, sort of, a foregone conclusion in our mind

24   that any amounts posted here would be -- would ultimately be

25   released as a liquidation proceeding had already been begun and

1   this was, sort of, a -- this was a prejudgment post-liquidation

2   security context. Which, as the Court has correctly noted,

3   Judge Glenn and also Judge Leisure had stated in those

4   situations that it should be turned over to the trust and care

5   of the receivers in Korea for distribution.

6         THE COURT: Pause please, Mr. Power. Am I correct

7   that in this case, as in I think at least Atlas and perhaps

8   also Britannia Bulkers, World Fuel Services will be free to

9   make whatever arguments it wants in the Korea courts?

10         MR. POWER: Absolutely, Your Honor. Yes. Korea

11   Lines -- the Korean law, like U.S. law, will afford unsecured

12   creditors an opportunity to submit claims and they will be

13   adjudicated in ways similar, which we have submitted some

14   supporting Korea law declarations, but it is not -- it is in no

15   way offensive or outright contrary to U.S. law principles in

16   the way that the estate is administered in Korea.

17         And in fact, again for the record, it seems that -- I

18   understand, based upon my discussions with my client only

19   several days ago, that Global Bonanza, which was the actual

20   owner of this vessel, if we recall Korea Lines owned the fuel

21   that was on this vessel that it was actually chartering from

22   the owner. The owner has made payments to World Fuels and in

23   fact, I understand, has submitted claims in the Korean

24   bankruptcy proceeding for recovery as a non-secured creditor.

25   So in fact not only does Korean law allow it to happen but I

1    understand it is actually happening, that unsecured creditors

2    are submitting claims at this point in time.

3            THE COURT:  And what, if anything, in the order you

4    want me to approve would foreclose World Fuel Services from

5    arguing that it's not just an unsecured creditor but it's a

6    secured creditor so long as it goes to Korea?

7            MR. POWER:  Well, in fact I don't think it is a

8    secured creditor.

9            THE COURT:  I understand your position that it isn't

10   but you're not asking me to decide that issue, right?

11           MR. POWER:  I don't think it's necessary.  No.  Not --

12   that's in the purview of the Korean court, to decide what the

13   nature of and the status of the claim that World Fuel has.  In

14   fact, you know, just because it basically raced to the

15   courthouse, so to speak, and attached the vessel once the post-

16   liquidation had been filed in Korea that is not -- U.S. law

17   should -- it would not be appropriate for the bankruptcy court

18   to determine -- to create a secured right whereas there may not

19   be one in Korea just by the fact that they had sought

20   prejudgment security in a post-liquidation context.

21           THE COURT:  Okay.  Fair enough.  All right.  Mr.

22   Simms?

23           MR. SIMMS:  Your Honor, Mr. Powers is correct.  We did

24   talk beforehand.

25           World Fuel, after the payments its received is owed

1    340,642 dollars.  So World Fuel is ready to -- I think the

2    present lift stay order allows for this, to put a stipulation

3    into the Central District of California that would immediately

4    release 354,000.  That would leave 352,000.

5            We do expect to be paid by the third party that Mr.

6    Power has mentioned, next week, 155,753.  When that comes in

7    World Fuel would stipulate to the release of that amount, which

8    would leave -- I'm sorry, 196 is what we'd be paid which would

9    leave 155,000 in the Central District of California.

10           Answering the question why did World Fuel do this?

11   World Fuel believed that it could, that it wasn't restrained by

12   Korean law and the interesting thing about this, Your Honor, is

13   that the Korean receivers in the Korean proceeding, I think

14   there is arguably jurisdiction over World Fuel because there is

15   an affiliate office in Seoul, didn't move for any sort of

16   contempt or anything like that against World Fuel, even though

17   World Fuel went in and attached, after the preservation order

18   was entered.

19           But instead, post-petition, decided through -- in some

20   order of the Korean court, we suppose, because there was a

21   preservation order entered preventing the transfer of any

22   funds, to transfer those funds to the court in the Central

23   District of California.  And -- so that's -- it seems to

24   confirm what World Fuel was thinking was perfectly all right to

25   do.  And so that is our response to the court on this point.

1       And the fact that it was a post-petition transfer

2  leaves open the question well for what purpose was it?  Was

3  it -- there's no allegation that the money just slipped out,

4  Korea Lines doing it by itself, the receivers knew that this

5  was happening.  World Fuel views this more as an accommodation

6  to this dispute that it was having with Korea Lines and a first

7  day order to critical vendor and World Fuel was one of the main

8  fuel vendors to Korea Lines, which is still running ships, than

9  it was an attempt to try to nail World Fuel for doing something

10  that was violating the Korea court's order.  As a matter of

11  fact, until the reply has come in there's not been any

12  suggestion that World Fuel is in some sort of danger for the

13  Korea bankruptcy.

14       And so that's why World Fuel did what it did and

15  here's where we are with money -- and this is -- makes the case

16  distinct from the Britannia case and the other that they're

17  talking about, because here there is money deposited into the

18  Central District of California and when the Central District

19  issued its order providing for that deposit, it said that the

20  money could be dispersed pursuant to the order of the

21  bankruptcy court and that court.

22       THE COURT:  Well, doesn't it say and/or, Mr. Simms?

23       MR. SIMMS:  Yes, sir.

24       THE COURT:  Well and/or is different than and, isn't

25  it?

1      MR. SIMMS:  And/or and and, Your Honor, the way that

2  we would read that is that there would be an order of this

3  Court, which the Central District then would take for release

4  of the -- and consider for the release of the funds or there

5  would be a release of that order of the Central District court.

6      And searching the case law on the question of whether,

7  and considering we have two Article III courts, one Article III

8  court can order another to do something.  I don't think it's as

9  clear as the receivers would like it to be.

10      I was looking at the subsequent proceedings in this

11  International Banking Corporation case, which was Judge

12  Bernstein's case.  And the receivers said yes, the court has

13  considered whether it can order a state court to let go of

14  money deposited with a state court, I think there it was with

15  the sheriff of the Supreme Court.  And the way it was resolved

16  on May 11th, docket number 80, was that the parties agreed to

17  lift stay to then go back to the state court and determine what

18  had happened to the money.  And so that's what World Fuel would

19  say should happen here, because there's never been, as far as

20  we can tell, a situation where when you have a maritime remedy

21  and there's a rest, which is what the court's jurisdiction

22  depends on, another court has said you have to give up that

23  rest.

24      In the -- I think in the Britannia proceedings it was

25  the same court, it was the Southern District Bankruptcy Court

1    ordering the release of the rest before, which wasn't even held

2    by the -- in the court registry, it was held by a bank.  The

3    same court here, though, you've got coming into this 28 U.S.C.

4    2042 which says no money deposited under section 2041, which is

5    what it was deposited under, shall be withdrawn except by order

6    of court.  The question is, okay, does that mean any court?

7    Does that mean the specific court that ordered the deposit?  No

8    limitations on it.

9         But what World Fuel would certainly agree to do is, if

10   there's necessarily a lift stay, to go to the Central District

11   of California and have the Central District affect, which the

12   receivers would do, that this Court's order of release, that

13   that's the place to have the question of what happens to the

14   remaining money resolved.

15             THE COURT:  Okay.  Anything else, Mr. Simms?

16             MR. SIMMS:  (No response).

17             THE COURT:  Mr. Simms, anything else?

18             MR. SIMMS:  (No response).

19             THE COURT:  Mr. Simms, are you still with us?

20             MR. SIMMS:  Yes, sir.

21             THE COURT:  Do you have any further comments?

22             MR. SIMMS:  No, sir.

23             THE COURT:  Okay.  Mr. Power, reply?

24             MR. POWER:  Yes, Your Honor.  I'd like to, perhaps,

25   just simplify exactly what happened in this particular case,

1     that Your Honor was part of some of the proceedings, because we

2     had sought Your Honor's authority and order to allow Korea

3     Lines, the receivers, to move forward with negotiations as they

4     saw fit in a post-liquidation context, wherein they had their

5     cargo -- their fuel oil onboard a vessel that they had

6     chartered, currently under attachment in a port in California,

7     within the jurisdiction of the Central District of California.

8              The receivers, in this particular context, obviously

9     were charged with management of the company.  The

10    rehabilitation proceeding is one akin to a Chapter 11, in which

11    the company is an ongoing concern.  They have to make business

12    decisions on a daily basis.

13             It stretches no bounds of the imagination that coming

14    up with 706,000 dollars as a payment, where they could achieve

15    the immediate result of its vessel and the cargo for the vessel

16    to continue to move on, earn money, preclude claims from cargo

17    and also, most importantly, limit the amount of accruing

18    damages, both to World Fuels if in fact it was determined that

19    they wrongly attached a vessel.  If we elected not to do

20    anything the vessel would have stayed, under attachment, in

21    California for no less than a period of two to three months

22    because we would not have been able to make, under the law as

23    we see it, and that's the Brigitta case in Comtrex (ph.), we

24    would not have been able to make any case vacating the

25    attachment until we had recognition before Your Honor.

1       So if Mr. Simms is asserting before Your Honor today

2   that through -- obviously through force of hand of having one

3   of its assets attached, that Korea Lines could not make a

4   business decision and exercise its right, under the admiralty

5   rules, to post substitute security to have a vessel released, I

6   think that it basically turns any rehabilitation proceeding on

7   its head in that you would have these unsecured, prejudgment

8   creditors attaching assets and having, basically, the assets

9   stay immobile, preclude them from having -- earning any income,

10  which is obviously the nature of the entire business of Korea

11  Lines, up until the time where a Chapter 15 proceeding is

12  granted.

13      And then what would we have, and Mr. Simms could

14  attest to this, the cost of having a vessel be maintained in

15  the port of Long Beach, the cost of having the crew, the cost

16  of having the wharfage, not to mention, obviously, the delays

17  in delivery of cargo and so forth.

18      So obviously it stretches no bounds to -- for this

19  Court to see that the judgment made by the Korean receivers in

20  a post-liquidation context in their -- as they were charged

21  with their duty of running the company, this was made in a

22  purely mitigation factor.  That the money here was -- came to

23  the United States for the purposes of allowing the vessel to

24  continue to trade.  And it was not done so in any offense to

25  U.S. law, because in fact U.S. law allows to any owner of a

1    vessel or owner of property that's been attached under

2    admiralty rules, to post substitute security.  And as we've

3    cited in our reply memorandum, substitute security is exactly

4    what it is.  It's a substitute for the rest to allow a vessel

5    to go out and trade and they would have a set amount of money

6    here.  In fact, Mr. Simms had asked for significantly more, 1.2

7    million and 1.7 million.  And what we had determined was, at a

8    maximum he would only be entitled to the amount of the cargo --

9    I'm sorry; the amount of the fuel and we determined that the

10   amount of the fuel was 706,000.  So that is all we elected to

11   post.  We didn't elect to give him the entirety of his claim in

12   substitute security; only what was legally allowable for us to

13   post, which was the value of the property attached.  And we

14   determined, and Mr. Simms agreed, that the value of the

15   property attached was 706,000 dollars and that's all we posted

16   and then the vessel sailed away.

17          And I think when we came to this Court to get that

18   order, I think the Court knew exactly what we were doing in

19   that we -- and we advised the Court clearly, Your Honor, as

20   well as the California court.  And it's clear with the savings

21   clauses that we had in here, that all parties reserve each of

22   their rights.

23          We were not -- we were posting this with the

24   intention, and Mr. Simms knew that because we disclosed that,

25   with the intention of seeking a turnover order when it was

1    proper and that is upon recognition.  And now we are here to

2    the Court today asking the Court for something that we had

3    intended to do, which is seek a turnover order, from day 1 when

4    the 706,000 dollars was posted.

5            And I also would like to make one further point.  This

6    case is -- is simple in the context that we are not faced with

7    a California District Court Article III judge order granting

8    custodia legis fees.  In other words, I would submit that for a

9    California district court to move forward with making a

10   determination of custodia legis fees and trying to award them,

11   that they would need permission from this Court to do so,

12   because it would affect the assets of the estate.

13           So we are not faced with an order granting custodia

14   legis fees.  We are only faced, at this point in time, with

15   money that World Fuel says should -- money of the Korea Lines

16   estate which World Fuel says it should be given an award of

17   custodia legis fees out of these funds.

18           So I think that's a marked difference and one that may

19   have different consequences.  But here luckily enough, I think,

20   for Korea Lines and for the deliberations of this Court, we are

21   not faced with any district court order awarding any custodia

22   legis fees.  So they are free to be transferred over without

23   any impending contrary order from an Article III district

24   judge.

25           THE COURT:  Anything further, Mr. Power?

1          MR. POWER:  No, Your Honor.

2          THE COURT:  All right.  Have a seat, both sides

3     please.

4          (Pause)

5          THE COURT:  Gentlemen, I'm granting the petitioner's

6     motion with some refinements.  Those refinements, principally

7     to more closely conform my ruling to the words and rationale

8     used by my colleague, Judge Glenn, in the astoundingly similar

9     case of In re Atlas Shipping AS, 404 B.R. 726 and the similar

10    analysis by Judge Leisure of the district court in this

11    district in Britannia Bulkers, CSL Australia Party Limited vs.

12    Britannia Bulkers, 2009 Westlaw 2876250.

13         And because I have such a busy calendar today, I'm not

14    going to speak at the same length that I would otherwise.  I'm

15    going to summarize the bases for this decision, reserving the

16    right to issue a written decision or a more lengthy dictated

17    one if either side, presumably World Fuel Services, chooses to

18    appeal or, though I would hope it wouldn't, to collaterally

19    attack my order somewhere else.  My findings of fact and

20    conclusions of law for this determination follow.

21         First, the facts, at least as relevant here, are

22    undisputed.  After the commencement of the insolvency

23    proceeding in Korea but before recognition had been obtained in

24    this district in the Chapter 15 case that was filed here in New

25    York, World Fuel Services sought and obtained an attachment

1    under the applicable admiralty rules in the Central District of

2    California, of the value of the bunkers then estimated to be

3    approximately three quarters of a million dollars.  And

4    because, as a consequence of that attachment, the transport of

5    that ship in international commerce would be blocked until and

6    unless substitute collateral were posted, which would enable

7    that ship to sale.

8           With an appropriate reservation of rights, the

9    petitioners of Korea Line's substituted collateral in

10   substance, which then permitted the ship to sale and now the

11   receivers are asking me to direct that the collateral that had

12   been posted in place of the whole ship and its bunkers be

13   entrusted to the Korean receivers for determination by the

14   Korean court of the claim that World Fuel Services would wish

15   to assert.

16          There is a dispute as to the parties as to whether

17   World Fuel Services' claim, when heard in Korea, would be an

18   unsecured claim on the one hand, or would be secured on the

19   other.  And I state, for the avoidance of doubt, that nobody

20   here in the United States is asking me or the Southern --

21   excuse me -- Central District of California to determine the

22   exact amount of the World Fuel Services' claim or whether it is

23   secured on the one hand or unsecured on the other.

24          The order that is requested from me would be without

25   prejudice of the rights of either side to argue what it wishes

1    to argue and most significantly, without prejudice to the

2    rights of World Fuel Services to argue to the Korea court that

3    its attachment was valid, even though it would at least seem,

4    if not be undisputed, that World Fuel Services got its

5    attachment in violation of Korean law, which like American law,

6    would say that you can't grab assets of a debtor after the

7    filing of a petition to try to get a leg up against fellow

8    creditors.

9          This issue ultimately, of course, is one as to the

10   comity, that we grant to the foreign courts in their insolvency

11   proceedings and the extent to which U.S. courts would be used

12   as a means to get for one creditor to get a leg up against

13   other creditors.

14         Now this is a Chapter 15 case.  Chapter 15s are heard,

15   since 2005, under a statutory scheme that in some respects has

16   common principles but in several respects has different

17   mechanics than the law we had prior to 2005 when U.S. courts

18   used to implement their comity in favor of foreign

19   jurisdictions under old Section 304 of the Code.

20         The Second Circuit, in its decisions in Cunard and

21   Vitrix, both of which were 305 decisions rather than 15 --

22   Chapter 15 decisions, rather than 1521 decisions in particular,

23   emphasized how we U.S. courts grant comity to the insolvency

24   proceedings in foreign courts to help those foreign courts

25   secure a quality of treatment amongst all of the creditors that

1    are before them.

2         There are occasional exceptions where those foreign

3    courts don't grant the same fair treatment of creditors that

4    we're used to.  But there has been understandably no contention

5    here that the courts of South Korea are in that category.

6         So then we deal with whether, with the enactment of

7    Chapter 15, there was any intent by Congress to change the

8    comity that we accord foreign proceedings and, of course, we

9    know that the purpose of Chapter 15, as articulated in Section

10   1501 of the Code, underscores its purpose to provide

11   cooperation between the courts of the U.S. and the courts and

12   other competent authorities of foreign countries involved in

13   cross-border insolvency cases.

14        Then when we go, as I normally do, to textual

15   analysis, we know that one change between 304 proceedings, on

16   the one hand, and Chapter 15 cases on the other, is that now

17   under Chapter 15 recognition is what amounts to the entry point

18   into the U.S. courts.  And that the hands of a prospective

19   Chapter 15 representative are tied until recognition is

20   obtained.  It's for that reason that we have 1519 interim

21   relief which prevents creditors, like World Fuel Services, from

22   grabbing assets but which limits the ability of a Chapter 15

23   representative to fully appear in the U.S. courts until

24   recognition is obtained.  That recognition was obtained later

25   but it wasn't obtained, nor could it be obtained, for several

1    weeks after the filing of the Chapter 15 case here.

2         Now I said that I was granting the relief sought in

3    substance but I was using the articulation used by Judge Glenn.

4    Judge Glenn relied, properly in my view, in fact it's the

5    traditional way of doing it, on 1521(a)(5) of the Code and

6    1521(b).  1521(a)(5) says that, "Upon recognition of a foreign

7    proceeding, whether main," and I say parenthetically that we

8    have a main recognition here, "where necessary to effectuate

9    the purpose of Chapter 15 and to protect the interests of the

10    creditors," that, of course, is all of Korea Line's creditors,

11    "the Court may, at the request of the foreign representative,

12    grant any appropriate relief including (5) and trusting the

13    administration or realization of all or part of the debtors'

14    assets within the territorial jurisdiction of the U.S. to the

15    foreign representative".

16         Likewise (b) of 1521 provides, "Upon recognition of a

17    foreign proceeding, whether main or non-main, the Court may, at

18    the request of the foreign representative, entrust the

19    distribution of all or part of the debtors assets, located in

20    the U.S., to the foreign representative provided that the court

21    is satisfied that the interests of creditors in the U.S. are

22    sufficiently protected".

23         I need not decide, and do not decide today, whether I

24    would have a different rule of law for U.S. creditors on the

25    one hand or those that are merely foreign creditors on the

1    other, who have somehow secured jurisdiction in the U.S.

2    courts.  Frankly, and I'll admit that this is rank dictum, I

3    would be uncomfortable about giving a leg up to U.S. creditors

4    over foreign creditors by reason of the happenstance of their

5    grabbing assets in the U.S.  But I don't need to confront that

6    issue here because World Fuel Services is not a U.S. creditor.

7         I would, of course, be concerned if U.S. creditors

8    didn't get a fair shake in the foreign jurisdiction.  But

9    again, there's been no contention here that that's so and that

10   issue isn't before me.

11        So then we get to the underlying law as to whether, in

12   the interest of comity, we provide assistance to the Korean

13   courts in this post-304 era, just as the Second Circuit told us

14   to do in the pre-Chapter 15 era in Cunard and Vitrix, and I

15   hold that we do.  But of course I'm breaking no ground because

16   that's exactly what Judge Glenn said in Atlas and what Judge

17   Leisure said in Britannia Bulkers.

18        Now to be sure, those cases evolved out of a context

19   slightly different then that which we have here, because they

20   represented manifestations of a practice, some would say an

21   ugly or infamous practice, of intercepting electronic transfers

22   to enforce admiralty claims.  And here we had a different

23   practice, which was attaching the bunkers, and therefore the

24   ship, which in some respects is different mechanically and

25   which, at the risk of stating the obvious, is much more

1   Draconian to a debtor running a shipping company.  You're

2   freezing the whole, put in your own adjective, ship to collect

3   this unsecured claim.

4        The effect upon the reorganization, whether that

5   reorganization were taking place in the U.S. on the one hand or

6   in Korea on the other is obvious.  And in reality, and we

7   courts like to look at reality, with having its ship frozen,

8   not being able to appear in any U.S. court other than the

9   federal bankruptcy court in the Southern District of New York

10  because of the way Chapter 15 is now structured, having its

11  hands tied the receivers here had a gun to their head and as a

12  consequence they substituted collateral.  So we could, at

13  least, get that ship moving again in international commerce and

14  permit value to be maximized for the entirety of Korea Lines'

15  creditor community and not just the favored creditor or

16  creditors who could proceed with the attachment.

17       At the risk of stating the obvious, attaching assets

18  so that one creditor can get a leg up against all of the other

19  creditors is an anathema under U.S. law and under Korea law.

20  And when the Korean courts prohibit that, we are not only not

21  acting contrary to Korea law or U.S. law, we are implementing

22  important values shared by the law of both countries.

23       Now this would be a blue Buick, a case exactly on

24  point under Atlas Lines and under Britannia Bulkers, save and

25  except only for the one fact that here the receivers, with the

1    gun to their head, had to substitute collateral.  That's a

2    distinction without a difference.

3         We are faced here with a situation where simply the

4    collateral has been substituted, one for the other but the

5    spirit, if not the letter of Cunard, Vitrix as well as Atlas

6    and Britannia Bulkers tell us that we're not going to allow the

7    happenstance of the gun to the head, especially when, A, Korea

8    Lines' receivers could not appear in the Central District of

9    California until they were recognized here in the U.S. in

10   Chapter 15, B, because there is a full reservation of rights

11   and C, because the receivers here expressly reserve their

12   rights.  The same principles that caused the entrusting by

13   Judge Glenn there result in the same relief granted here.

14        Lastly, and I apologize if the order is imperfect

15   because I've been speaking off notes rather than a script, I do

16   emphasize that if and to the extent World Fuel Services wants

17   to make these arguments in Korea, that it's having secured an

18   attachment there, albeit in violation of Korea law, gave it

19   secured status in Korea, it is free to do that.

20        I am not deciding any questions of Korea law.  I am

21   not deciding the extent, if any, to which World Fuel Services

22   has a secured claim in contrast to an unsecured claim.  I am

23   not deciding the extent, if any, to which it should get special

24   treatment vis-a-vis the claim of 18,000 dollars, or

25   thereabouts, for the costs associated with the attachment and

1    putting cash into what we have referred to in shorthand as

2    custodia legis expenses.

3            I also state, for the avoidance of doubt, that I'm not

4    telling my colleague, especially a Chapter 13 colleague in the

5    Central District of California what to do.  Nothing in my order

6    granting this entrusting breaches an order out of the Central

7    District of California.

8            Whenever a court uses the words and/or it does place a

9    certain ambiguity into the order, no doubt because that was the

10   order that was presented to the California court, but even if

11   it's otherwise, I have confidence that given the principles of

12   comity, the principles of avoiding the favoritism of one

13   creditor against all creditors and the backdrop of the

14   decisions of Atlas and Britannia Bulkers by Judges Glenn and

15   Leisure, respectively.  I have substantial comfort that I'm not

16   creating a war between this district and the Central District

17   of California.

18           For the foregoing reasons the debtors are to look over

19   their proposed order to ensure that it doesn't say turnover and

20   that instead it stays entrusting.  That avoids the need for me

21   to wrestle with whether an adversary proceeding would be

22   required and more comfortably fits with the earlier holdings in

23   this area and the language of the code.  The statutory

24   predicates for this relief are 1521(a)(5) and 1521(b).

25           As in Atlas, I'm authorizing the entrusting of the

1    substitute collateral that was previously posted in the Central

2    District of California to the receivers here, subject to the

3    further order of the Korean court.  If either side wants to

4    appeal I do, as I indicated, reserve the right to supplement

5    this because I've used shorthand that's familiar to bankruptcy

6    judges, which may not be as familiar to judges who don't deal

7    with this all the time.

8            But this, gentlemen, frankly is a no-brainer, one of

9    the easiest decisions I've had in a while in the Chapter 15

10   area or otherwise.

11           Mr. Power, you are to settle an order in accordance

12   with the foregoing on no less than one calendar week's notice

13   by hand, fax or e-mail and you're to add an extra week if you

14   elect to settle the order by snail mail.

15           Not by way of re-argument, are there any open issues?

16   First you, Mr. Power.

17           MR. POWER:  No, Your Honor.

18           THE COURT:  Mr. Simms?

19           MR. SIMMS:  No, sir.

20           THE COURT:  Very well.  Thank you, gentlemen.  Have a

21   good day.

22           MR. SIMMS:  Thank you.

23        (Whereupon these proceedings were concluded at 11:32 AM)

24

25

1

2                    I N D E X

3

4                    RULINGS

5                                         Page      Line

6   Petitioner's Motion to Vacate Certain Orders   18        5

7   of Attachment, Granted with Revisions

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T I O N

3

4      I, Pnina Eilberg, certify that the foregoing transcript is a

5      true and accurate record of the proceedings.

6

7      Pnina Eilberg    Digitally signed by Pnina Eilberg
                         DN: cn=Pnina Eilberg, c=US
                         Reason: I am the author of this document
8      _____  Date: 2011.06.28 13:24:04 -04'00'

9      PNINA EILBERG

10     AAERT Certified Electronic Transcriber CET**D 488

11

12     Veritext

13     200 Old Country Road

14     Suite 580

15     Mineola, NY 11501

16

17     Date:  June 28, 2011

18

19

20

21

22

23

24

25

| & | 3 |
|---|---|
| **&** 3:3 4:6 | **304** 20:19 21:15 23:13 |

| 1 |
|---|
| **1** 17:3 |
| **1.2** 16:6 |
| **1.7** 16:7 |
| **10019** 3:6 |
| **10:46** 1:19 |
| **11** 14:10 |
| **11-10789** 1:4 |
| **11501** 29:15 |
| **11:32** 27:23 |
| **11th** 12:16 |
| **13** 26:4 |
| **15** 7:4,7,12,15,20 15:11 18:24 20:14 20:21,22 21:7,9,16 21:17,19,22 22:1,9 23:14 24:10 25:10 27:9 |
| **1501** 21:10 |
| **1507** 2:3 |
| **1519** 21:20 |
| **1521** 2:4,4 20:22 22:5,6,6,16 26:24 26:24 |
| **155,000** 10:9 |
| **155,753** 10:6 |
| **15s** 20:14 |
| **18** 28:6 |
| **18,000** 25:24 |
| **196** 10:8 |

| 2 |
|---|
| **20** 3:13 |
| **200** 29:13 |
| **2005** 20:15,17 |
| **2009** 18:12 |
| **2011** 1:18 29:17 |
| **2041** 13:4 |
| **2042** 13:4 |
| **21** 1:18 |
| **21201** 3:15 |
| **28** 13:3 29:17 |
| **2876250** 18:12 |

**305** 20:21
**31** 3:5
**340,642** 10:1
**352,000** 10:4
**354,000** 10:4

| 4 |
|---|
| **404** 18:9 |
| **488** 29:10 |

| 5 |
|---|
| **5** 2:4 22:5,6,12 26:24 28:6 |
| **52nd** 3:5 |
| **580** 29:14 |

| 6 |
|---|
| **60** 2:2 |

| 7 |
|---|
| **702** 3:14 |
| **706,000** 6:3,9 14:14 16:10,15 17:4 |
| **726** 18:9 |

| 8 |
|---|
| **80** 12:16 |

| a |
|---|
| **a.s.** 7:20 |
| **aaert** 29:10 |
| **ability** 6:10 21:22 |
| **able** 14:22,24 24:8 |
| **aboard** 6:5 |
| **absolutely** 8:10 |
| **accommodation** 11:5 |
| **accord** 21:8 |
| **accruing** 14:17 |
| **accurate** 29:5 |
| **achieve** 14:14 |
| **act** 4:16 |
| **acting** 24:21 |
| **action** 4:21 |
| **activity** 4:19 |
| **actual** 8:19 |

**add** 27:13
**additional** 5:21
**adjective** 24:2
**adjudicated** 8:13
**administered** 8:16
**administration** 22:13
**admiralty** 15:4 16:2 19:1 23:22
**admit** 23:2
**adversary** 26:21
**advised** 16:19
**affect** 13:11 17:12
**affiliate** 10:15
**afford** 8:11
**ago** 8:19
**agree** 13:9
**agreed** 12:16 16:14
**ahead** 5:17
**akin** 14:10
**albeit** 25:18
**allegation** 11:3
**allow** 8:25 14:2 16:4 25:6
**allowable** 16:12
**allowing** 15:23
**allows** 10:2 15:25
**ambiguity** 26:9
**american** 20:5
**amount** 5:24 10:7 14:17 16:5,8,9,10 19:22
**amounts** 4:14 7:24 21:17
**ample** 7:9
**analysis** 18:10 21:15
**anathema** 24:19
**answering** 10:10
**apologize** 25:14
**appeal** 18:18 27:4
**appear** 7:2,11 21:23 24:8 25:8
**appearances** 4:3
**applicable** 6:22 7:22 19:1

**appropriate** 9:17 19:8 22:12
**approve** 9:4
**approximately** 19:3
**area** 26:23 27:10
**arguably** 10:14
**argue** 19:25 20:1,2
**arguing** 9:5
**argument** 27:15
**arguments** 8:9 25:17
**arrogance** 4:23
**article** 12:7,7 17:7 17:23
**articulated** 21:9
**articulation** 22:3
**asked** 16:6
**asking** 9:10 17:2 19:11,20
**assert** 19:15
**asserting** 15:1
**assess** 7:14
**assets** 15:3,8,8 17:12 20:6 21:22 22:14,19 23:5 24:17
**assistance** 23:12
**associated** 25:25
**astoundingly** 18:8
**atlas** 5:1,6 6:14 8:7 18:9 23:16 24:24 25:5 26:14,25
**attached** 2:3 7:3 9:15 10:17 14:19 15:3 16:1,13,15
**attaching** 15:8 23:23 24:17
**attachment** 2:3 4:14 14:6,20,25 18:25 19:4 20:3,5 24:16 25:18,25 28:7
**attack** 18:19
**attempt** 11:9
**attest** 5:23 15:14
**attorneys** 3:4,12
**australia** 18:11
**authorities** 21:12

**authority** 7:22 14:2
**authorizing** 26:25
**automatic** 4:18
**avoidance** 19:19
 26:3
**avoiding** 26:12
**avoids** 26:20
**award** 17:10,16
**awardable** 6:10
**awarding** 17:21

**b**

**b** 1:21 2:4 22:6,16
 25:10 26:24
**b.r.** 18:9
**back** 5:1 12:17
**backdrop** 26:13
**baltimore** 3:15
**bank** 13:2
**banking** 12:11
**bankruptcy** 1:2,14
 1:23 8:24 9:17
 11:13,21 12:25 24:9
 27:5
**based** 7:17,21 8:18
**bases** 18:15
**basically** 9:14 15:6
 15:8
**basis** 4:20 14:12
**beach** 15:15
**begun** 7:25
**believe** 7:9
**believed** 10:11
**bernstein's** 12:12
**blocked** 19:5
**blue** 24:23
**bonanza** 8:19
**border** 21:13
**bounds** 14:13 15:18
**bowling** 1:15
**brainer** 27:8
**breaches** 26:6
**breaking** 23:15
**brigitta** 7:13 14:23
**britannia** 7:20 8:8
 11:16 12:24 18:11
 18:12 23:17 24:24
 25:6 26:14

**buick** 24:23
**bulkers** 7:20 8:8
 18:11,12 23:17
 24:24 25:6 26:14
**bunkers** 6:4 19:2,12
 23:23
**business** 14:11 15:4
 15:10
**busy** 4:2 5:19 18:13

**c**

**c** 3:2 4:1 25:11 29:2
 29:2
**calendar** 4:3 18:13
 27:12
**california** 6:19,20
 7:10 10:3,9,23
 11:18 13:11 14:6,7
 14:21 16:20 17:7,9
 19:2,21 25:9 26:5,7
 26:10,17 27:2
**care** 8:4
**cargo** 14:5,15,16
 15:17 16:8
**case** 1:4 6:10 7:10
 7:12,15,19 8:7
 11:15,16 12:6,11,12
 13:25 14:23,24 17:6
 18:9,24 20:14 22:1
 24:23
**cases** 7:18,21 21:13
 21:16 23:18
**cash** 26:1
**category** 21:5
**caused** 25:12
**central** 7:10 10:3,9
 10:22 11:18,18 12:3
 12:5 13:10,11 14:7
 19:1,21 25:8 26:5,6
 26:16 27:1
**certain** 2:2 26:9
 28:6
**certainly** 13:9
**certified** 29:10
**certify** 29:4
**cet** 29:10
**change** 21:7,15

**chapter** 7:4,7,12,15
 7:20 14:10 15:11
 18:24 20:14,14,22
 21:7,9,16,17,19,22
 22:1,9 23:14 24:10
 25:10 26:4 27:9
**charged** 14:9 15:20
**charles** 3:13
**chartered** 14:6
**chartering** 8:21
**chooses** 18:17
**circuit** 7:22 20:20
 23:13
**circumstance** 6:23
**cited** 16:3
**claim** 9:13 16:11
 19:14,17,18,22 24:3
 25:22,22,24
**claimed** 5:25
**claims** 8:12,23 9:2
 14:16 23:22
**clauses** 16:21
**clear** 6:17,19 12:9
 16:20
**clearly** 16:19
**client** 4:14 8:18
**closely** 18:7
**code** 20:19 21:10
 22:5 26:23
**collateral** 5:5 19:6,9
 19:11 24:12 25:1,4
 27:1
**collaterally** 18:18
**colleague** 18:8 26:4
 26:4
**collect** 24:2
**come** 11:11
**comes** 10:6
**comfort** 26:15
**comfortably** 26:22
**coming** 13:3 14:13
**comity** 20:10,18,23
 21:8 23:12 26:12
**commencement**
 18:22
**comments** 4:5
 13:21

**commerce** 19:5
 24:13
**common** 20:16
**community** 24:15
**company** 14:9,11
 15:21 24:1
**competent** 21:12
**comtrex** 14:23
**concern** 14:11
**concerned** 23:7
**concluded** 27:23
**conclusion** 7:23
**conclusions** 18:20
**confidence** 26:11
**confirm** 10:24
**conform** 18:7
**confront** 23:5
**congress** 21:7
**consequence** 19:4
 24:12
**consequences** 17:19
**consider** 12:4
**considered** 12:13
**considering** 12:7
**contempt** 10:16
**contention** 21:4
 23:9
**context** 8:2 9:20
 14:4,8 15:20 17:6
 23:18
**continue** 6:24 14:16
 15:24
**contrary** 8:15 17:23
 24:21
**contrast** 25:22
**controlled** 4:25
**cooperation** 21:11
**corporation** 1:8 4:7
 12:11
**correct** 8:6 9:23
**correctly** 8:2
**cost** 15:14,15,15
**costs** 25:25
**counsel** 5:22
**countenance** 4:19
**countries** 21:12
 24:22

**country** 29:13
**course** 20:9 21:8
  22:10 23:7,15
**court** 1:2,14 4:2,8
  4:11 5:12,14,17,19
  6:8,13 7:4,7,11 8:2
  8:6 9:3,9,12,17,21
  10:20,22,25 11:21
  11:21,22,24 12:3,5
  12:8,12,13,14,15,17
  12:22,25,25 13:2,3
  13:6,6,7,15,17,19
  13:21,23 15:19
  16:17,18,19,20 17:2
  17:2,7,9,11,20,21
  17:25 18:2,5,10
  19:14 20:2 22:11,17
  22:20 24:8,9 26:8
  26:10 27:3,18,20
**court's** 6:10 11:10
  12:21 13:12
**courthouse** 9:15
**courts** 4:20 7:5 8:9
  12:7 20:10,11,17,23
  20:24,24 21:3,5,11
  21:11,18,23 23:2,13
  24:7,20
**create** 9:18
**creating** 26:16
**creditor** 8:24 9:5,6
  9:8 20:12 23:6
  24:15,15,18 26:13
**creditors** 8:12 9:1
  15:8 20:8,13,25
  21:3,21 22:10,10,21
  22:24,25 23:3,4,7
  24:16,19 26:13
**crew** 15:15
**critical** 11:7
**cross** 21:13
**csl** 18:11
**cunard** 7:22 20:20
  23:14 25:5
**currently** 14:6
**custodia** 6:9,11,12
  17:8,10,13,17,21
  26:2

**d**

**d** 4:1 28:2 29:10
**daily** 14:12
**damages** 14:18
**danger** 11:12
**date** 29:17
**day** 11:7 17:3 27:21
**days** 8:19
**deal** 21:6 27:6
**dealt** 6:14
**debate** 5:3
**debtor** 1:10 20:6
  24:1
**debtors** 22:13,19
  26:18
**decide** 9:10,12
  22:23,23
**decided** 10:19
**deciding** 25:20,21
  25:23
**decision** 5:2 15:4
  18:15,16
**decisions** 4:25
  14:12 20:20,21,22
  20:22 26:14 27:9
**declarations** 8:14
**delays** 15:16
**deliberations** 17:20
**delivery** 15:17
**depart** 6:23
**depends** 12:22
**deposit** 11:19 13:7
**deposited** 11:17
  12:14 13:4,5
**determination**
  17:10 18:20 19:13
**determine** 9:18
  12:17 19:21
**determined** 14:18
  16:7,9,14
**dictated** 18:16
**dictum** 23:2
**difference** 17:18
  25:2
**different** 11:24
  17:19 20:16 22:24
  23:19,22,24

**direct** 19:11
**disclosed** 16:24
**discussions** 5:21
  8:18
**dispersed** 11:20
**dispute** 11:6 19:16
**distinct** 11:16
**distinction** 25:2
**distribution** 8:5
  22:19
**district** 1:3 6:20
  7:10 10:3,9,23
  11:18,18 12:3,5,25
  13:10,11 14:7 17:7
  17:9,21,23 18:10,11
  18:24 19:1,21 24:9
  25:8 26:5,7,16,16
  27:2
**doc** 2:2
**docket** 5:19 12:16
**doing** 11:4,9 16:18
  22:5
**dollars** 6:3 10:1
  14:14 16:15 17:4
  19:3 25:24
**doubt** 19:19 26:3,9
**draconian** 24:1
**dunk** 4:17
**duty** 15:21

**e**

**e** 1:21,21,22 3:2,2
  4:1,1 27:13 28:2
  29:2
**earlier** 26:22
**earn** 14:16
**earning** 15:9
**easiest** 27:9
**effect** 6:9 24:4
**effectuate** 22:8
**eilberg** 2:25 29:4,9
**either** 18:17 19:25
  27:3
**elect** 16:11 27:14
**elected** 14:19 16:10
**electronic** 23:21
  29:10

**emphasize** 25:16
**emphasized** 20:23
**enable** 19:6
**enactment** 21:6
**enforce** 23:22
**ensure** 26:19
**entered** 10:18,21
**entire** 15:10
**entirety** 16:11
  24:14
**entitled** 4:22 16:8
**entrust** 22:18
**entrusted** 19:13
**entrusting** 6:14
  25:12 26:6,20,25
**entry** 21:17
**era** 23:13,14
**especially** 5:8 25:7
  26:4
**esq** 3:8,9,17
**essentially** 7:21
**estate** 8:16 17:12,16
**estimated** 19:2
**everybody** 4:4
**evolved** 23:18
**exact** 19:22
**exactly** 13:25 16:3
  16:18 23:16 24:23
**exceptions** 21:2
**excuse** 19:21
**exercise** 15:4
**expect** 10:5
**expenses** 26:2
**expressly** 25:11
**extent** 6:1 20:11
  25:16,21,23
**extra** 4:22 27:13

**f**

**f** 1:21 29:2
**faced** 17:6,13,14,21
  25:3
**fact** 5:4 6:9,25 7:1
  8:17,23,25 9:7,14
  9:19 11:1,11 14:18
  15:25 16:6 18:19
  22:4 24:25

factor  15:22
facts  18:21
fair  9:21 21:3 23:8
fairly  5:3
familiar  27:5,6
far  12:19
favor  20:18
favored  24:15
favoritism  26:12
fax  27:13
federal  24:9
fee  6:11
feeling  4:21
fees  6:9,12 17:8,10
  17:14,17,22
fellow  20:7
felt  7:9
filed  6:2 9:16 18:24
filing  7:14 20:7 22:1
find  5:2
findings  18:19
first  5:11 11:6
  18:21 27:16
fit  4:12 14:4
fits  26:22
follow  18:20
force  15:2
foreclose  9:4
foregoing  26:18
  27:12 29:4
foregone  7:23
foreign  20:10,18,24
  20:24 21:2,8,12
  22:6,11,15,17,18,20
  22:25 23:4,8
forgive  5:1
forth  15:17
forward  6:18 14:3
  17:9
four  6:25
frankly  23:2 27:8
free  5:4 8:8 17:22
  25:19
freezing  24:2
frozen  24:7
fuel  3:12 4:9 6:23
  8:8,20 9:4,13,25

10:1,7,10,11,14,16
10:17,24 11:5,7,8,9
11:12,14 12:18 13:9
14:5 16:9,10 17:15
17:16 18:17,25
19:14,17,22 20:2,4
21:21 23:6 25:16,21
fuels  5:22 6:7 8:22
  14:18
full  25:10
fully  21:23
funds  2:3 10:22,22
  12:4 17:17
further  6:8 13:21
  17:5,25 27:3

**g**

g  4:1
gateway  7:4
gentlemen  4:12
  18:5 27:8,20
gerber  1:22
getting  7:3
give  12:22 16:11
given  17:16 26:11
giving  23:3
glenn  4:25 6:14 8:3
  18:8 22:3,4 23:16
  25:13 26:14
global  8:19
gluck  3:9
go  5:1,10,17 12:13
  12:17 13:10 16:5
  21:14
goes  9:6
going  18:14,15 25:6
good  27:21
grab  20:6
grabbing  21:22
  23:5
grant  20:10,23 21:3
  22:12
granted  15:12
  25:13 28:7
granting  17:7,13
  18:5 22:2 26:6
green  1:15

ground  23:15
gun  5:4 24:11 25:1
  25:7

**h**

h  3:8
hand  15:2 19:18,23
  21:16 22:25 24:5
  27:13
hands  21:18 24:11
happen  8:25 12:19
happened  12:18
  13:25
happening  9:1 11:5
happens  13:13
happenstance  23:4
  25:7
head  5:4 15:7 24:11
  25:1,7
hear  5:6
heard  19:17 20:14
hearing  2:2
held  13:1,2
help  20:24
hold  23:15
holdings  26:22
holland  3:3 4:6
hon  1:22
honor  4:10 5:10,16
  6:18 7:6,8 8:10
  9:23 10:12 12:1
  13:24 14:1,25 15:1
  16:19 18:1 27:17
honor's  14:2
hope  18:18
horizon  6:5

**i**

iii  12:7,7 17:7,23
imagination  14:13
immaterial  6:1
immediate  14:15
immediately  10:3
immobile  15:9
impending  17:23
imperfect  25:14
implement  20:18

implementing
  24:21
important  24:22
importantly  14:17
improper  7:2
including  7:10,19
  7:21 22:12
income  15:9
indicated  27:4
infamous  23:21
input  6:8
insolvency  4:15
  18:22 20:10,23
  21:13
intended  17:3
intent  21:7
intention  16:24,25
intercepting  23:21
interest  23:12
interesting  10:12
interests  22:9,21
interim  21:20
international  12:11
  19:5 24:13
involved  7:11 21:12
issue  6:8,11,14 9:10
  18:16 20:9 23:6,10
issued  11:19
issues  27:15

**j**

j  3:17
james  3:8 4:6 5:18
judge  1:23 4:25 5:1
  5:2 6:14,20 7:19
  8:3,3 12:11 17:7,24
  18:8,10 22:3,4
  23:16,16 25:13
judges  26:14 27:6,6
judgment  15:19
june  1:18 29:17
jurisdiction  10:14
  12:21 14:7 22:14
  23:1,8
jurisdictions  20:19

| k | letter 25:5 | mentioned 10:6 | obviously 5:18 14:8 |
|---|---|---|---|

**k**

**kind** 4:19,21
**knew** 4:15 7:17,21
  11:4 16:18,24
**knight** 3:3 4:6
**know** 9:14 21:9,15
**korea** 1:8 3:4 4:3,5
  4:7,16,18,18,22 5:4
  6:3,4 8:5,9,10,14,16
  8:20 9:6,16,19 11:4
  11:6,8,10,13 14:2
  15:3,10 17:15,20
  18:23 19:9,17 20:2
  21:5 22:10 24:6,14
  24:19,21 25:7,17,18
  25:19,20
**korean** 8:11,23,25
  9:12 10:12,13,13,20
  15:19 19:13,14 20:5
  23:12 24:20 27:3

**l**

**laid** 4:14
**language** 26:23
**lastly** 25:14
**law** 4:18 6:22 7:17
  8:11,11,14,15,25
  9:16 10:12 12:6
  14:22 15:25,25
  18:20 20:5,5,17
  22:24 23:11 24:19
  24:19,21,21,22
  25:18,20
**leave** 10:4,8,9
**leaves** 11:2
**lectern** 5:9
**leg** 20:7,12 23:3
  24:18
**legally** 16:12
**legis** 6:9,11,12 17:8
  17:10,14,17,22 26:2
**leisure** 5:1 8:3
  18:10 23:17 26:15
**leisure's** 5:2 7:19
**length** 18:14
**lengthy** 18:16

**letter** 25:5
**lift** 6:18 10:2 12:17
  13:10
**likewise** 22:16
**limit** 14:17
**limitations** 13:8
**limited** 18:11
**limits** 21:22
**line** 1:8 3:4 4:7 6:4
  28:5
**line's** 5:4 19:9 22:10
**lines** 4:3,5 8:11,20
  11:4,6,8 14:3 15:3
  15:11 17:15,20
  24:14,24 25:8
**liquidation** 6:4,16
  7:25 8:1 9:16,20
  14:4 15:20
**litany** 7:21
**llp** 3:3,11
**located** 22:19
**long** 9:6 15:15
**look** 24:7 26:18
**looking** 12:10
**luckily** 17:19

**m**

**mail** 27:13,14
**main** 5:9 11:7 22:7
  22:8,17,17
**maintained** 15:14
**making** 17:9
**management** 14:9
**manifestations**
  23:20
**maritime** 12:20
**marked** 17:18
**matter** 1:6 11:10
**maximized** 24:14
**maximum** 16:8
**md** 3:15
**mean** 13:6,7
**means** 20:12
**mechanically** 23:24
**mechanics** 20:17
**memorandum** 16:3
**mention** 15:16

**mentioned** 10:6
**merely** 6:22 7:13
  22:25
**million** 16:7,7 19:3
**mind** 7:23
**mineola** 29:15
**mitigation** 6:22
  15:22
**money** 11:3,15,17
  11:20 12:14,18 13:4
  13:14 14:16 15:22
  16:5 17:15,15
**months** 6:25 14:21
**motion** 2:2 5:14,20
  6:2 18:6 28:6
**motions** 6:1
**move** 6:18 10:15
  14:3,16 17:9
**moving** 24:13
**mv** 7:13

**n**

**n** 3:2 4:1 28:2 29:2
**nail** 11:9
**nature** 9:13 15:10
**necessarily** 13:10
**necessary** 9:11 22:8
**need** 5:6 17:11
  22:23 23:5 26:20
**negotiations** 14:3
**never** 12:19
**new** 1:3,16,16 3:6
  6:5 18:24 24:9
**nine** 6:24
**non** 8:24 22:17
**normally** 21:14
**noted** 8:2
**notes** 5:2 25:15
**notice** 27:12
**number** 12:16
**ny** 3:6 29:15

**o**

**o** 1:21 4:1 29:2
**obtained** 18:23,25
  21:20,24,24,25,25
**obvious** 23:25 24:6
  24:17

**obviously** 5:18 14:8
  15:2,10,16,18
**occasional** 21:2
**offense** 15:24
**offensive** 8:15
**office** 10:15
**oil** 14:5
**okay** 4:8 5:13 9:21
  13:6,15,23
**old** 20:19 29:13
**onboard** 14:5
**once** 9:15
**ongoing** 14:11
**open** 11:2 27:15
**operating** 6:24
**opportunity** 8:12
**opposed** 7:15
**opposition** 6:7
**order** 5:19 6:12,18
  9:3 10:2,17,20,21
  11:7,10,19,20 12:2
  12:5,8,13 13:5,12
  14:2 16:18,25 17:3
  17:7,13,21,23 18:19
  19:24 25:14 26:5,6
  26:9,10,19 27:3,11
  27:14
**ordered** 13:7
**ordering** 13:1
**orders** 2:2 6:17
  28:6
**outright** 8:15
**owed** 9:25
**owned** 8:20
**owner** 5:24 8:20,22
  8:22 15:25 16:1

**p**

**p** 3:2,2 4:1
**page** 28:5
**paid** 5:22,24 10:5,8
**papers** 6:6 7:1
**parenthetically**
  22:7
**part** 14:1 22:13,19
**participated** 7:18
**participating** 5:8

particular 5:20
  6:10,16 7:12 13:25
  14:8 20:22
parties 12:16 16:21
  19:16
party 5:24 10:5
  18:11
pause 8:6 18:4
payment 5:25 14:14
payments 8:22 9:25
pending 6:12,25
  7:19
perfectly 10:24
performed 4:16
period 14:21
permission 17:11
permit 24:14
permitted 19:10
petition 10:19 11:1
  20:7
petitioner's 18:5
  28:6
petitioners 4:5 19:9
ph 7:22 14:23
phone 5:9
place 7:18 13:13
  19:12 24:5 26:8
please 4:20 5:9 8:6
  18:3
pnina 2:25 29:4,9
point 6:7 9:2 10:25
  17:5,14 21:17 24:24
port 14:6 15:15
portion 5:23
position 9:9
post 6:3,16,19 8:1
  9:15,20 10:19 11:1
  14:4 15:5,20 16:2
  16:11,13 23:13
posted 6:3,21 7:24
  16:15 17:4 19:6,12
  27:1
posting 6:20 16:23
power 3:8 4:6,6,8
  5:8,10,13,16,18,18
  6:16 7:6,8 8:6,10
  9:7,11 10:6 13:23

13:24 17:25 18:1
  27:11,16,17
powers 9:23
practice 23:20,21
  23:23
pre 23:14
precedent 7:9
preclude 14:16 15:9
predicates 26:24
prejudgment 8:1
  9:20 15:7
prejudice 19:25
  20:1
preliminary 4:5
present 10:2
presentations 4:12
presented 26:10
preservation 10:17
  10:21
preserving 6:21
presumably 18:17
preventing 10:21
prevents 21:21
previously 27:1
primarily 5:23
principally 4:13
  18:6
principle 5:6
principles 8:15
  20:16 25:12 26:11
  26:12
prior 7:2 20:17
proceed 24:16
proceeding 4:15
  7:25 8:24 10:13
  14:10 15:6,11 18:23
  22:7,17 26:21
proceedings 12:10
  12:24 14:1 20:11,24
  21:8,15 27:23 29:5
prohibit 24:20
proper 17:1
properly 22:4
property 16:1,13,15
proposed 26:19
prospective 21:18

protect 22:9
protected 22:22
protection 4:22
provide 21:10 23:12
provided 22:20
provides 22:16
providing 11:19
purely 15:22
purpose 11:2 21:9
  21:10 22:9
purposes 15:23
pursuant 2:3 11:20
purview 9:12
put 10:2 24:2
putting 26:1

**q**

quality 20:25
quarters 19:3
question 4:24 10:10
  11:2 12:6 13:6,13
questions 4:13
  25:20

**r**

r 1:21 3:2 4:1 29:2
raced 9:14
rank 23:2
rationale 18:7
read 12:2
ready 10:1
reality 24:6,7
realization 22:13
reason 21:20 23:4
reasons 26:18
recall 8:20
received 9:25
receivers 4:7 5:19
  8:5 10:13 11:4 12:9
  12:12 13:12 14:3,8
  15:19 19:11,13
  24:11,25 25:8,11
  27:2
recognition 6:25
  7:3,7,12 14:25 17:1
  18:23 21:17,19,24
  21:24 22:6,8,16

recognized 25:9
record 8:17 29:5
recovery 8:24
reduced 5:25
referred 26:1
refinements 18:6,6
reg 1:4
registry 13:2
rehabilitation
  14:10 15:6
release 6:4 10:4,7
  12:3,4,5 13:1,12
released 7:25 15:5
relevant 18:21
relied 22:4
relief 7:8 21:21 22:2
  22:12 25:13 26:24
remaining 13:14
remedy 12:20
reorganization 24:4
  24:5
reply 11:11 13:23
  16:3
representative
  21:19,23 22:11,15
  22:18,20
represented 23:20
request 22:11,18
requested 19:24
required 26:22
reservation 19:8
  25:10
reserve 16:21 25:11
  27:4
reserving 18:15
resolved 12:15
  13:14
respectively 26:15
respects 20:15,16
  23:24
response 10:25
  13:16,18
rest 12:21,23 13:1
  16:4
restrained 10:11
result 14:15 25:13

**revisions** 28:7
**right** 4:11,11 5:15
  9:10,18,21 10:24
  15:4 18:2,16 27:4
**rights** 6:21 16:22
  19:8,25 20:2 25:10
  25:12
**risk** 23:25 24:17
**road** 29:13
**robert** 1:22
**rule** 22:24
**rules** 15:5 16:2 19:1
**ruling** 18:7
**rulings** 28:4
**running** 11:8 15:21
  24:1

**s**

**s** 3:2,13 4:1
**sailed** 16:16
**sale** 19:7,10
**satisfied** 22:21
**save** 24:24
**savings** 16:20
**saw** 14:4
**says** 7:11 13:4
  17:15,16 22:6
**scheme** 20:15
**script** 25:15
**searching** 12:6
**seat** 18:2
**second** 7:22 20:20
  23:13
**section** 13:4 20:19
  21:9
**secure** 20:25
**secured** 8:24 9:6,8
  9:18 19:18,23 23:1
  25:17,19,22
**security** 8:2 9:20
  15:5 16:2,3,12
**see** 4:12 7:14 14:23
  15:19
**seek** 7:3 17:3
**seeking** 7:13,16
  16:25
**sense** 6:1,17

**seoul** 10:15
**services** 3:12 4:9
  8:8 9:4 18:17,25
  19:14,17,22 20:2,4
  21:21 23:6 25:16,21
**set** 16:5
**settle** 27:11,14
**shake** 23:8
**shared** 24:22
**sheriff** 12:15
**ship** 5:5 19:5,7,10
  19:12 23:24 24:2,7
  24:13
**shipping** 18:9 24:1
**ships** 11:8
**shorthand** 26:1
  27:5
**showers** 3:11
**side** 18:17 19:25
  27:3
**sides** 18:2
**significantly** 16:6
  20:1
**similar** 8:13 18:8,9
**simms** 3:11,17 4:8
  4:10,13,24 5:7,8
  9:22,23 11:22,23
  12:1 13:15,16,17,18
  13:19,20,22 15:1,13
  16:6,14,24 27:18,19
  27:22
**simple** 17:6
**simplify** 13:25
**simply** 25:3
**sir** 11:23 13:20,22
  27:19
**sit** 4:4
**situation** 7:14 12:20
  25:3
**situations** 8:4
**six** 6:25
**slam** 4:17
**slightly** 23:19
**slipped** 11:3
**snail** 27:14
**sorry** 10:8 16:9

**sort** 7:23 8:1 10:15
  11:12
**sought** 6:17 9:19
  14:2 18:25 22:2
**south** 21:5
**southern** 1:3 12:25
  19:20 24:9
**speak** 9:15 18:14
**speaking** 6:13 25:15
**special** 25:23
**specific** 13:7
**specifically** 7:9
**spirit** 25:5
**ss** 2:3
**stand** 4:4 6:6
**state** 6:2 7:1 12:13
  12:14,17 19:19 26:3
**stated** 8:3
**states** 1:2 4:16 7:5
  15:23 19:20
**stating** 23:25 24:17
**status** 9:13 25:19
**statutory** 20:15
  26:23
**stay** 4:18 6:18 10:2
  12:17 13:10 15:9
**stayed** 14:20
**stays** 26:20
**stephen** 3:17
**stipulate** 10:7
**stipulation** 10:2
**streamline** 5:20
**street** 3:5,13
**stretches** 14:13
  15:18
**strictly** 6:13
**structured** 24:10
**subject** 6:21 27:2
**submit** 6:11 8:12
  17:8
**submitted** 8:13,23
**submitting** 9:2
**subsequent** 12:10
**substance** 19:10
  22:3
**substantial** 26:15

**substitute** 5:5 15:5
  16:2,3,4,12 19:6
  25:1 27:1
**substituted** 19:9
  24:12 25:4
**sufficiently** 22:22
**suggestion** 11:12
**suite** 3:14 29:14
**summarize** 18:15
**supplement** 27:4
**support** 6:2
**supporting** 8:14
**suppose** 10:20
**supreme** 12:15
**sure** 23:18

**t**

**t** 29:2,2
**take** 12:3
**takes** 5:5
**talk** 9:24
**talking** 11:17
**technically** 5:14
**telephonically** 3:17
**tell** 4:20 12:20 25:6
**telling** 26:4
**territorial** 4:22
  22:14
**textual** 21:14
**thank** 4:11 27:20,22
**thereabouts** 25:25
**thing** 5:3 10:12
**think** 8:7 9:7,11
  10:1,13 12:8,14,24
  15:6 16:17,18 17:18
  17:19
**thinking** 10:24
**third** 5:24 10:5
**three** 14:21 19:3
**tied** 6:24 21:19
  24:11
**time** 7:1 9:2 15:11
  17:14 27:7
**today** 4:3 5:20 15:1
  17:2 18:13 22:23
**told** 23:13
**trade** 15:24 16:5

traditional   22:5
transcribed   2:25
transcriber   29:10
transcript   29:4
transfer   10:21,22
   11:1
transferred   17:22
transfers   23:21
transport   19:4
treatment   20:25
   21:3 25:24
true   29:5
trust   8:4
trusting   22:12
try   11:9 20:7
trying   17:10
turned   8:4
turnover   2:3 6:2,3
   6:11,13 16:25 17:3
   26:19
turns   15:6
two   7:13 12:7 14:21

**u**

u.s.   1:14,23 4:20
   8:11,15 9:16 15:25
   15:25 20:11,17,23
   21:11,18,23 22:14
   22:20,21,24 23:1,3
   23:5,6,7 24:5,8,19
   24:21 25:9
u.s.c.   13:3
ugly   23:21
ultimately   7:24
   20:9
unclear   7:1
uncomfortable   23:3
underlying   23:11
underscores   21:10
understand   4:18
   5:22 8:18,23 9:1,9
understandably
   21:4
undisputed   18:22
   20:4
united   1:2 4:16 7:5
   15:23 19:20

unsecured   8:11 9:1
   9:5 15:7 19:18,23
   24:3 25:22
unthinkable   4:17
use   5:9
uses   26:8

**v**

vacate   2:2 28:6
vacating   14:24
vacator   7:3,16
valid   20:3
value   16:13,14 19:2
   24:14
values   24:22
vendor   11:7
vendors   11:8
veritext   29:12
vessel   6:5,23 8:20
   8:21 9:15 14:5,15
   14:15,19,20 15:5,14
   15:23 16:1,4,16
vessels   5:24
view   22:4
views   11:5
violating   11:10
violation   4:17 20:5
   25:18
vis   25:24,24
vitrix   7:22 20:21
   23:14 25:5
vs   18:11

**w**

want   4:4 9:4
wants   8:9 25:16
   27:3
war   26:16
warren   3:9
way   8:15,16 12:1,15
   22:5 24:10 27:15
ways   8:13
we've   16:2
week   10:6 27:13
week's   27:12
weeks   7:13 22:1
went   10:17

west   3:5
westlaw   18:12
wharfage   15:16
wish   19:14
wishes   19:25
withdrawn   13:5
words   17:8 18:7
   26:8
world   3:12 4:9,13
   5:22 6:7 8:8,22 9:4
   9:13,25 10:1,7,10
   10:11,14,16,17,24
   11:5,7,9,12,14
   12:18 13:9 14:18
   17:15,16 18:17,25
   19:14,17,22 20:2,4
   21:21 23:6 25:16,21
wrestle   26:21
written   18:16
wrongly   14:19

**x**

x   1:5,12 28:2

**y**

york   1:3,16,16 3:6
   18:25 24:9